**In The**

*Court of Appeals*

*Ninth District of Texas at Beaumont*

_____

**NO. 09-25-00271-CV**
_____

**IN RE ANDREW IYEKEKPOLO**

_____

**Original Proceeding**
**Justice Court, Precinct 3 of Montgomery County, Texas**
**Trial Cause No. 24CV3-004958**
_____

**MEMORANDUM OPINION**

Relator Andrew Iyekekpolo filed a petition for a writ of mandamus and a motion for temporary relief. The Respondent is the presiding judge of the Justice Court, Precinct 3 of Montgomery County.

The Texas Constitution provides that the Courts of Appeals have original and appellate jurisdiction to extent provided by law. Tex. Const. art. V, § 6. Section 22.221 of the Texas Government Code authorizes an appellate court to issue a writ of mandamus against (1) a judge of a district, statutory county, statutory probate county, or county court in our district; (2) a judge of a district court who is acting as

1

a magistrate at a court of inquiry under Chapter 52 of the Texas Code of Criminal Procedure in our district; or (3) an associate judge of a district or county court appointed by a judge under Chapter 201 of the Texas Family Code in our district for the judge who appointed the associate judge. Tex. Gov't Code Ann. § 22.221(b)-(c). Additionally, this court may issue all writs necessary to enforce its jurisdiction. *Id.* § 22.221(a).

Relator seeks mandamus relief against a justice of the peace. Section 22.221 excludes judges of the justice courts as persons over whom this court can exercise mandamus jurisdiction. *See id.* § 22.221(b)-(c). Iyekekpolo has not demonstrated that issuing a writ for the requested relief is necessary to enforce this Court's jurisdiction. *See id.* § 22.221(a).

Accordingly, we dismiss the petition for writ of mandamus for lack of jurisdiction and dismiss all pending motions as moot.

PETITION DISMISSED.

PER CURIAM

Submitted on July 30, 2025
Opinion Delivered July 31, 2025

Before Golemon, C.J., Johnson and Wright, JJ.